IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VERNIE WAYNE McDANIEL,<br>ID # 1194113, | §<br>§<br>§ | |
| Petitioner, | § | |
| vs. | §<br>§ | Civil Action No. 3:06-CV-1673-L |
| NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Divisions, | §<br>§<br>§<br>§ | |
| Respondent. | § | |

## ORDER

Petitioner Vernie Wayne McDaniel ("Petitioner") has filed an application for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings, conclusions and recommendation. On January 24, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed. No objections were filed.

The magistrate judge recommended that Petitioner's application be dismissed as time-barred under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), Pub. L. 104-132, 110 Stat. 1214 (1996), codified at 28 U.S.C. § 2254(d). Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that they are correct. Accordingly, the magistrate's findings and conclusions are **accepted** as those of the

court. Petitioner's application is **denied**, and this action is **dismissed with prejudice** as time-barred.

A final judgment dismissing this case with prejudice will be issued by separate document.

    **It is so ordered** this 14th day of February, 2007.

                                            _/s/ Sam A. Lindsay_
                                            Sam A. Lindsay
                                            United States District Judge